

| | | 217 522 4441 tel |
|---|---|---|
| **Wolters Kluwer** | CT Corporation | 217 522 7868 fax |
| Corporate Legal Services | 600 South Second Street<br>Suite 103<br>Springfield, IL 62704 | www.ctcorporation.com |

February 25, 2013

**FILED**

MAR - 1 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Schulz Law, P.C.
1144 E. State Street,
Sutie A260,
Geneva, IL 60134

Re: Malibu Media, LLC, Pltf. vs. John Doe, Dfts. // To: Comcast Corporation

Case No. 113CV00911

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Comcast Corporation is not listed on our records or on the records of the State of IL.

Very truly yours,


C T Corporation System

Log# 522194323

Sent By Regular Mail

cc: Illinois Northern District, U.S. District Court
Dirksen Federal Building,
219 South Dearborn St,
Chicago, IL 60604


**(Returned To)**

Schulz Law, P.C.
1144 E. State Street,
Sutie A260,
Geneva, IL 60134